

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2018

No. 04-18-00062-CR

Victor **MAGALLANES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1178-CR-A
Honorable Doug Shaver, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on July 18, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2018.

_____
Keith E. Hottle, Clerk of Court